Entered on Docket
December 14, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S 10-23095 LBR |
| | ) | Chapter 13 |
| JAMES D. JOHNSON, | ) | |
| | ) | Date:   N/A |
| Debtor(s). | ) | Time:   N/A |
| | ) | |

**ORDER RE: EX PARTE MOTION FOR ORDER VACATING ORDER DENIAL OF CONFIRMATION AND DISMISSING CASE AND TO REOPEN CHAPTER 13 BANKRUPTCY**

Upon the "Trustee's *Ex Parte* Motion for Order Vacating Order Denial of Confirmation and Dismissing Case and to Reopen Chapter 13 Bankruptcy" having been filed; no notice of said Motion having been required and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Trustee's "Order Denial of Confirmation and Dismissing Case" entered on the Court's docket on or about December 6, 2010 is **VACATED**  and the case reopened to allow the above-captioned Debtor to continue in their Chapter 13 bankruptcy.

1

BK-S 10-23095 LBR
JAMES D. JOHNSON
"Order Re: Ex Parte Motion for Order Vacating Order Denial of Confirmation and Dismissing Case and to Reopen Chapter 13 Bankruptcy"

Submitted by:

/s/        Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Dated:           12/14/10

2
###