

Entered on Docket
April 06, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
(702) 853-0700
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: ) | BK-S 10-23095 LBR | |
| ) | Chapter 13 | |
| JAMES D. JOHNSON, ) | | |
| ) | **ORDER OF DISMISSAL** | |
| ) | | |
| Debtors. ) | Hearing Date: | March 24, 2011 |
| ) | Hearing Time: | 2:00 p.m. |

     A Motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:  Trustee and Debtor *pro se*; said Motion having been considered by the Court and good cause appearing therefore;

     **IT IS HEREBY ORDERED** that the above-captioned proceedings under Chapter 13 be, and the same hereby is **DISMISSED** for the following reasons:

- Failure to confirm a Plan
- Failure to commence Plan payments
- The proposed Plan fails to meet liquidation value as the Trustee objects to the exemptions taken for bank accounts [NRS 21.090(1)(g)] and the tax refund [NRS 21.090(1)(aa)]
- Failure to cooperate with the Trustee [11 USC § 521(3)] as Debtor failed to provide copies of pay stubs and bank statements
- Failure to file amendment to Statement of Financial Affairs #1

     **IT IS FURTHER ORDERED** that the Trustee is allowed $300.00 as and for expenses in the administration of this case.

DATED:   3/25/2011

Submitted by:


/s/   KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(MJB)

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

    ___    The court has waived the requirement set forth in LR 9021(b)(1).

    ___    No party appeared at the hearing or filed an objection to the motion.

    _X_    I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

|  |  |  |
|---|---|---|
|  | Approved: | _____ |
| _____ | Disapproved: | _____ |
| JAMES D. JOHNSON | Failed to Respond: | __X__ |
| DEBTOR PRO SE |  |  |
| 7610 Demona Drive |  |  |
| Las Vegas, Nevada  89123 |  |  |
| **[Mailed via U.S. Mails on 3/25/2011]** |  |  |

    ___    I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###